MICHAEL W. MALTER, #96533
JULIE H. ROME-BANKS, #142364
DAVID B.RAO, #103147
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408)295-1700
Facsimile: (408) 295-1531
Email: michael@bindermalter.com
Email: julie@bindermalter.com
Email: david@bindermalter.com

Attorneys for Plaintiff
Katayoon Farrokhzadi

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

| | |
|---|---|
| In re: | Case No.: 13-51088-SLJ |
| FARBOD DINYARI, | Chapter 7 |
| Debtor. | |
| KATAYOON FARROKHZADI, | Adv. Proceeding No.: 13-5077-SLJ |
| Plaintiff, | Date: April 24, 2014 |
| v. | Time: 2:30 p.m. |
| FARBOD DINYARI, | Courtroom: 3099 |
| Defendant. | |

## STIPULATED STATUS CONFERENCE STATEMENT

1. This Adversary Proceeding seeks a judgment that the debt owed by Defendant to Plaintiff is nondischargeable under Bankruptcy Code §523(a)(4), (5), (6), and (15).

2. At the time that this Adversary Proceeding was commenced, the parties were involved in a pending but as-yet unresolved dissolution of marriage case in the Santa Clara County Superior Court. Plaintiff contends that issues relating to final child and

spousal support, contempt sanctions, allocation and payment of attorneys' fees and costs, confirmation and division of the parties' separate and community property, discovery and valuation of the parties' community property, confirmation and allocation of the parties' separate and community debts, hold harmless and indemnity orders concerning the parties' separate and community debts, breach of fiduciary duty by Defendant, and the joinder of third parties either were pending or may arise in the divorce case.

3. On August 2, 2013, this Court entered an order staying this Adversary Proceeding pending entry of a final judgment in the parties' divorce case. As of the date of this Stipulated Status Conference Statement, the Family Court has not yet set a discovery cut-off date nor has it set a trial date. An informal mediation is on calendar in the divorce case for June 4, 2014.

WHEREFORE, for the reasons stated above, the parties respectfully request that this Court continue the Status Conference for approximately 6 months.

Dated: April 9, 2014     BINDER & MALTER, LLP

By: /s/ David B. Rao
David B. Rao, Attorneys for Plaintiff,
Katayoon Farrokhzadi

Dated: April 9, 2014     /s/ Stanley A. Zlotoff
Stanley A. Zlotoff, Attorney for Defendant,
Farbod Dinyari

Farrokhzadi/pleadStipulated/StatusConferenceStatement.hrg.04.24.14

**STIPULATED STATUS CONFERENCE STATEMENT**