Stanley A. Zlotoff, State Bar No. 073283
Attorney at Law
300 S. First St. Suite 215
San Jose, CA  95113

Telephone (408) 287-1313
Facsimile (408) 287-7645

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re ) Chapter 7
)
Farbod Dinyari, )
) Case No: 13-51088 SLJ
        Debtor )
)
)
_____/
)
Katayoon Farrokhzadi, )
)
) Adv. Pro. No: 13-5077
)
        Plaintiff, ) Date: October 19, 2016
Vs. )
) Time: 2:30 p.m.
Farbod Dinyari, )
)
        Defendant. )
_____/

**STATUS CONFERENCE STATEMENT**

    The Court should consider dismissing this matter for lack of prosecution or mootness.  In the Status Conference Statement("Statement"), Docket No. 24, it was represented that after trial on her issues regarding breach of fiduciary duty,

- 1 -

fraud, and conversion, Plaintiff lost(see Exhibit D attached to the Statement.

    As to other family law matters, whatever other orders might be made by the Family Court, Section 523(a)(15) provides that they are not subject to discharge.  Accordingly, there seems to be little point in keeping this matter open

Dated:  10/17/2016      /s/Stanley Zlotoff